UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

TOBAIS SHINN, JR,
     PLAINTIFF,
     v.                       CASE NO:

CHIEF OF SECURITY, COLONEL LINDSEY,
CLASSIFICATION SUPERVISOR, MRS. RANDALL,
ASST. WARDEN, MRS. CREWS, OFFRICER
S.C.O., STATE CLASSIFICATION ~~ORRICER~~, MRS. RUSSELL,
REGIONAL STATE CLASSIFICATION OFFICER, Z,
CULPEPPER,
     DEFENDANT(S).                complaint no: 3:25-CV-247-
                                   Civil action  MMHH LLL

---

## JURISDICTION & VENUE

This is a civil action authorized by the U.S.C. Section 1983 to redress the deprivation, under color of state law of rights secured by the constitution under the 28 U.S.C. section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. 2283 & 2284 and rule 65 of the Federal Rules of Civil procedure.

The MIDDLE DISTRICT OF FLORIDA is an appropriate venue under 28 U.S.C. section1391(b)(2) because it is where the event's giving raise to this claim occurred.

PLAINTIFF

Plaintiff, Tobais Shinn Jr. is an intersex/transgender inmate on file/record in the Florida Department of Corrections, is and was at all times mentioned herein a prisoner of the State of Florida in the custody of the F.D.C. she is currently confined in/at Columbia Correctional Int. in Lake City, Florida

DEFENDANTS

Defendant, Colonel Lindsey is the chief of security in F.L.D.O.C. at Columbia Correction Institution. He is legally responsible for the safety & will being of all inmates & staff at Columbia Correctional Institution.

Defendant, Mrs. Randall is the classification supervisor in the F.L.D.O.C. at Columbia Correction Institution. She is legally responsible for classifying/Classification of inmates at Columbia Correctional Institution.

Defendant, Mrs. Crews is the Asst. Warden in the F.L.D.O.C. at Columbia Correction Institution. She is legally responsible for the operation of Columbia Correctional Institution and for the welfare of all inmates in the prison.

Defendant, Mrs. Russell is S.C.O. (State Classification Officer) in the F.L.D.O.C. at the Central Office level, she is legally responsible for the review of inmate classification decisions. Duties include approving disapproving or modifying I.C.T. recommendations.

Defendant, Z. Culpepper is the regional state classification officer who has the final determination of reviews by the I.C.T. (Institution classification team) & S.C.O. State Classification Officer's in this region.

Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under the color of State law.

## FACTS

(1) Plaintiff Shinn, Tobais DC# 127373 is a life felon in the F.L.D.O.C. (2) Plaintiff Shinn has been incarcerated in the F.L.D.O.C. since Oct. 2005. (3) Plaintiff Shinn is identified as an intersex/transgender inmate who suffers from G.I.D. (gender identity disorder) in which her mental health files states/says such. (4) Plaintiff is a psych 3 mental health patient who's prescribed Prozac 30mg which she takes daily to treat her anxiety & depression. (5) On 7.23.24 Plaintiff was placed in A/C (administration confinement) under investigation, per the warden ("Impose protection") because of an email she had written via Jpay. (6) Plaintiff utilized the "Jpay email correspondence" (she has Florida Cares on her contact list" to contact Florida Cares- an advocacy group in West Palm Beach Fl. (7) In the context of her email Plaintiff advised/explained to this outside entity how she was an intersex/transgender inmate who's experiencing/having a difficult time living in general population here @ Columbia Correction Institution, how she's being made fun of, harassed, threated, & even involved in a physical altercation with her cell-

4

mate "Larry Bostick". (8) Plaintiff has/was initially trying to get some assistance in getting housed/transferred to a transgender inst. (9) Florida Cares response to Plaintiff's Email cause the Asst. Warden to have Plaintiff placed in confinement under protection status (7-23-24) (10) On 7-28-24 Plaintiff wrote a witness statement stating how everything Florida Cares said in their emails was indeed true & how she's been involved in a physical altercation w/her cell mate & 3 other inmates because they didn't want her living in the cell, and how she would like to be transferred to a different inst. Preferably (Avon Park, lake, Dade & Wakulla C.I.) these Inst's house all/most "intersex/transgender", G.I.D. (Gender Identity disorder) & gender dysphoria inmates in the F.L.D.O.C. (11) on 8-15-24 Plaintiff went before I.C.T.. (Institution classification team) board member's Colonel Lindsey, chief of security, classification supervisor Mrs. Randall, Asst. Warden Mrs. Crews & explained to them in detail how she was being mistreated by inmates in her living quarter's harassed, hackled, threaten & how she was even involved in a physical altercation w/her cell mate & (3) three other inmates. These (3) three sworn officials @ Columbia CI agreed & denied her protection. (12) S.C.O. state classification officer Mrs. Russell denied inmate Shinn's request for protection, Plaintiff appealed I.C.T.'s & S.C.O. decision to the secretary of F.L.D.O.C. regional state classification officer Z. Culpepper had the final review & stated in his response (grievance log #24-6-26263) "We uphold the Institutional classification team & State Classification

5

decision to deny you protective custody at this time. You have provided no substantial evidence to show a need for special protective measures beyond our normal security measures/operations. (13) "Exhibit A Plaintiff was sent right across the street to Columbia CI Annex where the main unit & and Annex swap inmates frequently/regularly. (14) Upon arriving @ the Annex Plaintiff encountered an unknown inmate whom approached her asking her a number of questions: What's your name? What do you go by? Where you just come from? How old are you? Where you from? Are you gay? (15) Plaintiff has/had nothing to conceal/hide so she answered honestly/truthfully which led to this unknown inmate telling Plaintiff he knew they'd gotten into a fight @ the main unit & Plaintiff had to pay $750.00 or get "wet up" stabbed-(16) Plaintiff told this inmate she wasn't paying $750.00 he was going to do whatever he had to do. Plaintiff reported this incident to the O.I.C. shift supervisor Captain Best who told Plaintiff he doesn't care "you better learn how to fuck or fight" -goodbye- "(17) a couple weeks later Plaintiff was sitting in the chow hall when she noticed her ex-cellmate "Larry Bostick" he approached her & said "Bitch you dead". Plaintiff was scared & again reported her issues to security Sgt. In her dorm & was told don't go to chow no more if you're that scared. (18) A couple weeks later Plaintiff again seen inmate Larry Bostick this time @ the medical callout this time inmate Bostick showed Plaintiff a weapon & said to her this one's for you. (19) Inmate Larry Bostick was sent to the Annex behind inmate, after their

physical altercation, after inmate Shinn requested protection from inmate Bostick. (20) Plaintiff had/has done all she could to ensure her safety & will being, by reporting her issue(s)/situations to the shift supervisor, her dorm Sgt. As well as Columbia Correction Administrators (Colonel, Asst. Warden, S.C.O). So, she took matters into her own hands & invested in some protection (home-made weapon) because of the threats she'd received from inmate Bostick. (21) on 12-6-24 Plaintiff was found in possession of this very same weapon she'd invested in. (22) Plaintiff would also like to state/make mention of an incident/situation that involved an inmate by the name of "Antwan Smith" who declared PREA allegations against her, to resolve said matter inmate Smith was sent to the Annex while Plaintiff remained @ the main unit. (23) Plaintiff was interviewed by the inspector general @ Columbia C. I. Main unit in which he advised her they'd have a keep separate due to Smith's allegations. (24) As mentioned/stated in the above facts: Plaintiff was sent to the Annex on 9-11-24 & encountered both inmates "Larry Bostick & Antwan Smith", two inmates that were not supposed to be housed around/among Plaintiff Shinn after these (2) two incidents' took place. Plaintiff has now been recommended for close management I (one) because she was "protecting" herself because Columbia CI administration "failed to protect" & failed to provide reasonable" care "knowing" Columbia CI Main unit and Annex has a history of inmate-on-inmate assaults & batteries. Upon information & belief, Columbia Correctional Institution Main unit

7

& Annex is classified as one of the States most dangerous insts. (26) Each one of these F.D.C. sworn official's Colonel Lindsey, Mrs. Randall, Mrs. Crews, Mrs. Russell & Mr. Z. Culpepper  had/has a duty & responsibility to ensure inmate Shinn's safety & wellbeing while in the F.D.C. "to protect & provide protection" when necessary these sworn officials breached their duty & responsibility by allowing inmate Bostick to come/be transferred to the Annex of Columbia CI (Annex) after they'd sent inmate Shinn to the Annex "knowing/having knowledge" of the physical altercation @ the Main unit showing total disregard for her safety & well being, violating her Eighth Amendment her right to be free from cruel & unusual punishment. The Supreme Court held that prison officials may be held liable under the Eighth Amendment when they "know a prisoner faces substantial risk of serious harm & disregard that risk by failing to take reasonable measures to address it. (*Farmer v. Brennan*, 511 U.S. 825 (1994). (27) These defendant's actions involved reckless or callous indifference to Plaintiff Shinn's rights & motivated by evil intent".

## EXHAUSTION OF LEGAL REMEDIES

Plaintiff Shinn used the prisoner grievance procedure available at Columbia Correctional Inst. To try and solve the problem. On 8-5-24 Plaintiff Shinn presented the facts related to this complaint to the Asst Warden, Mrs. Randall, in which she never received a response. On 8-15-24 Plaintiff Shinn went before I.C.T. Institution

classification team board members chief of security Colonel Lindsey, Classification Supervisor Mrs. Randall, Mrs. Crews (Asst. Warden) These three (3) administrative officials denied Plaintiff protection & was told S.C.O. (State Classification officer) would review the case & make a decision S.C.O. agreed with I.C.T. & Plaintiff appealed to the Secretary, F.D.C. whom also denied Plaintiff Shinn Protection on 8-27-24 (See Exhibit A).

## LEGAL CLAIMS

Plaintiff reallege and incorporate by reference paragraphs 1-27

The unsafe prison conditions violated Plaintiff Shinn's rights and constituted cruel and unusual punishment, a due process violation under the Eighth Amendment to the United States Constitution.

The Plaintiff has no plain, adequate or complete remedy at law to redress the wrong's described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grant's the declaratory and injunctive relief which Plaintiff seeks.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays that this court enter judgment granting Plaintiff:

A declaration that the acts and omissions described herein violated Plaintiff's rights under the constitution and laws of the United States.

9

A preliminary and permanent injunction ordering defendants colonel Lindsey, Mrs. Randall, Mrs. Crews, Mrs. Russell, & Mr. Z Culpepper to stop neglecting inmates in their custody the right to access protective custody & to be more aware of the transfers from the Main Unit to the Annex when inmates are supposed to be "keep separate" and to stop overlooking the fact Columbia CI is a dangerous inst., One of the most dangerous/violent in the State.

Compensatory damages in the amount of $40,000 against each defendant jointly and severally.

Punitive damages in the amount of $60,000 against each defendant.

A jury trial on all issues triable by jury.

Plaintiff's cost in this suite

Any additional relief this court deems just, proper & equitable.

Respectfully Submitted,
Tobais Shinn Jr. DC# 127373
216 SE Corrections Way
Lake City Florida 32025

## VERIFICATION

I have read the forgoing complaint and hereby verify that the matters therein are true, except as to matters alleged on information and belief, and as to these, I believe them to be true. I certify under penalty of perjury that the forgoing is true and correct.

3-3-25 , March 3, 2025
Executed at Lake City Fl on

D.c# 127373
Tobais Shinn Jr. DC# 127373

10